UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Timothy Dykens,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action No.

## MOTION TO APPOINT COUNSEL

Now comes the petitioner in the above-entitled civil matter moves this Honorable Court to appoint him counsel. The petitioner contends that counsel is necessary in this matter whereas he is a pro se litigant filing a § 2254 petition, and that in order for justice to be properly served, counsel should be appointed to properly adjudicate this matter.

Wherefore, the petitioner prays that this Court grants this motion.

Respectfully Submitted,

*Timothy Dykens*
Timothy Dykens, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Dated: 03-02-04