UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

TIMOTHY DYKENS,

    Petitioner,

V.                                                          Civil Action

PETER ALLEN,                                    NO. 04-10544-NMG

    Respondent,

**MOTION TO STAY PROCEEDINGS**

**UNTIL COUNSEL IS ASSIGNED**

    Now comes the petitioner in the above entitled Civil matter, and moves this Honorable Court to stay all motions until the Court rules on the Motion to Appoint Counsel which was filed on May 17, 2004, with this Court and is still waiting on a ruling.

    Wherefore, the Petitioner prays that this Honorable Court grant this motion.

Respectfully Submitted

*Timothy C Dykens*  3-01-05

Timothy G Dykens
MCI.Cedar Junction
PO Box 100
S.Walpole Ma 02071