UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
                              )
TIMOTHY DYKENS,               )
      Petitioner,             )
v.                            )   Civil Action No.04-10544-NMG
PETER ALLEN,                  )
      Respondent              )
                              )
```

---

Enlargement of Time

---

Now here come the Petitioner Timothy Dykens in the above entitled Civil Action, and he prays that this Honorable Court does hereby grant him the Enlargement of Time that he does seek.

As Petitioner mentions in his Affidavit he never received the Order or Memorandum that closed his case. The Petitioner also states that he needs these in order to file an Appeal, and Certificate of Appealability in a timely manner.

So the Petitioner hereby asks that this court grant his Enlargement of time request.

With Respect

*Timothy Dykens*

Timothy Dykens
po box 100
S.Walpole Ma 02071
Dated 08-23-05