UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY DYKENS, | ) | |
| Petitioner | ) | |
| v. | ) | Civil Action No.04-10544-NMG |
| PETER ALLEN, | ) | |
| Respondent | ) | |

---

PETITIONER AFFIDAVIT

---

Now comes Timothy Dykens and by the way of Affidavit states as follows.

1. My name is Timothy Dykens and I am currently housed at MCI. Cedar Junction in Walpole.
2. I received an electronic filing notice on 8 August 2005 informing me that my case was closed and that an Order and Memorandum was issued as to explain why.
3. I hereby state for the record that I received no Order or memorandum by the Court.
4. And that I need such Order and Memorandum to file motions to ask for appeal.

Signed Under the Pains
And Penalties of perjury

*Timothy D. Dykens*
Timothy Dykens
P.O. Box 100
S. Walpole MA 02071    Dated 08/23/05