UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
_____
TIMOTHY DYKENS,         )
                        )
       Petitioner,      )
                        )
v.                      )   Civil Action No.04-10544-NMG
                        )
PETER ALLEN,            )
                        )
       Respondent,      )
                        )
_____)
```

MOTION FOR RECONSIDERATION

The Petitioner, Pro Se, moves this honorable Court to grant his Motion of Reconsideration. In support of his motion the Petitioner states:

1.  Petitioner Hereby withdraws all his unexhausted claims and contends to proceed with the exhausted claims.

2.  Petitioner sends forth a corrected 2254 WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY form with all unexhausted claims deleted.

3.  Petitioner submits a supporting affidavit with his motion.

Wherefor, the Petitioner respectfully moves this Court to grant his Motion for Reconsideration in the above matter.

RESPECTFULLY SUBMITTED

*Timothy D. Dykens*

TIMOTHY DYKENS
PO BOX 100
S. WALPOLE MA 02071

Dated September 1, 2005