AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Essex County | |
|---|---|---|
| Name Timothy George Dykens | Prisoner No. w63485 | Case No. |

Place of Confinement

M.C.I. Cedar Junction

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Timothy George Dykens | V.  Peter Allen Superintendant |

The Attorney General of the State of: Massachusetts

1st Ammended       **PETITION**

1. Name and location of court which entered the judgment of conviction under attack

   Lawrence Superior Court, Lawrence Mass

2. Date of judgment of conviction   10-27-97

3. Length of sentence   Life without Parole

4. Nature of offense involved (all counts)   Murder in the First Degree, Attempted Aggravated Rape, and Kidnapping

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty        ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury       ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒    No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court __Supreme Judicial Court__

    (b) Result __Affirmed__

    (c) Date of result and citation, if known __3-14-03__

    (d) Grounds raised __Constitutional error on note taking, closing of courtroom during jury selection & instructions, Ineffective assistance of counsel.__

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court _____

        (2) Result _____

        (3) Date of result and citation, if known _____

        (4) Grounds raised _____

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court _____

        (2) Result _____

        (3) Date of result and citation, if known _____

        (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Essex County Superior Court__

        (2) Nature of proceeding __Motion for new Trial__

        (3) Grounds raised __Ineffective Assistance of Counsel__

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐    No ☒

(5) Result _____Affirmed_____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _____

_____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc.      Yes ☒    No ☐
   (2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: __Constitutional error by Judge on note taking during jury instructions__

Supporting FACTS (state *briefly* without citing cases or law) __The arbitrary and unequelly applied notetaking procedure differs materially from the standard notetaking procedures governed by Superior Court Rule 8A. Failure to give jury proper cautionary instructions, Allowance of unrestricted notetaking during deliberations.__

B.   Ground two: __Ineffective Assistance of counsel__

Supporting FACTS (state *briefly* without citing cases or law) __Trial counsel's failure to object to a prejudicial jury instruction, and to request appropriate guidelines, and or cautionary instructions. Failure to object to the unbalanced and unrestricted instructions and failure to request  inspection and/or preservation of the jurors notes__

(5)

AO 241 (Rev. 5/85)

C.  Ground three: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) TRIAL COUNSELS FAILURE TO PRESENT A FULL INTOXICATION DEFENSE, AND FAILURE TO CALL DEFENDANT AND OTHER WITNESSES WAS EQUIVALENT AS A CONCESSION OF GUILT

D.  Ground four: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (state *briefly* without citing cases or law) FAILURE TO MAKE A CLOSING ARGUMENT ON TWO OF THE INDICTMENTS, AND CONCEDING THE DEFENDANTS GUILT DURING CLOSING ARGUMENTS.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing  ALBERT CONLON 73 N. COMMON, LYNN MA 01902

    (b) At arraignment and plea  ALBERT CONLON 73 N. COMMOM, LYNN MA 01092

(6)

GROUND FIVE. **INEFFECTIVE ASSISTANCE OF COUNSEL**

Supporting FACTS (state *briefly* without citing cases or law)  **TRIAL COUNSEL WAS INEFFECTIVE WHEN HE FAILED TO OBJECT WHEN INSTRUCTIONS EVISCERATED DEFENDANTS OTHER PERSON THEORY IN INSTRUCTIONS WHEN HIS WHOLE DEFENSE WAS BASED ON THE THEORY WITHOUT WARNING.**

GROUND SIX  **COSTITUTIONAL ERROR BY JUDGE BY CLOSING THE COURTROOM**

Supporting FACTS (state *briefly* without citing cases or law)  **THE JUDGE ERRED WHEN HE CLOSED THE COURTROOM DURING JURY INSTRUCTION, WITHOUT MAKING ANY FINDINGS AS TO WHY.,** AND [illegible]

Supporting FACTS (state *briefly* without citing cases or law)

AO 241 (Rev. 5/85)

(c) At trial  Albert Conlon 73 N.Common Lynn Ma. 01902

(d) At sentencing  Albert Conlon 73 N. Common Lynn Ma. 01902

(e) On appeal  James A Couture 10 S.Main box 63 Belchertown Ma. 01007
Bernard Grossberg 99 Summer Street Boston Ma. 02110

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) Give date and length of the above sentence:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

September 1, 2005
    (date)

_____
Timothy [signature]
    Signature of Petitioner

(7)