## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Timothy Dykens,<br>            **Plaintiff**<br>            V.<br>Peter Allen,<br>            **Defendant** | CIVIL ACTION<br><br>NO.  03-10112-NMG |

### ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's Memorandum & Order of 8/3/05 (docket no. 12), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                            By the Court,

 8/3/05                                    /S/ Craig J. Nicewicz
   **Date**                                 **Deputy Clerk**

(Dismendo.ord - 09/92)                                                          [odism.]