United States District Court
District of Massachusetts

| | |
|---|---|
| Timothy George Dykens, ) | |
| ) | |
| Petitioner ) | |
| v. ) | Civil Action |
| ) | 05-10554-NMG |
| TYRONE B. BATTLE, a/k/a TYERONE ) | |
| BATTLE, ) | |
| ) | |
| Respondent ) | |

### ORDER

GORTON, J.

   Petitioner's Motion for Reconsideration (Docket No. 15) is Allowed to the extent that Petitioner may proceed solely with respect to his exhausted claims.

   Respondent shall file responsive pleadings within 30 days of receipt of this order with respect to the exhausted claims on the merits.

   Petitioner's Motion for Enlargement of Time (Docket No. 13) is Allowed and the Clerk shall forward to the Petitioner a copy of the Court's Memorandum and Order entered June 17, 2005 (Docket No. 11).

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated: December 8, 2005