UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
                              )
                              )                FILED
TIMOTHY DYKENS,               )             CLERKS OFFICE
                              )
     Petitioner,              )           2006 DEC 26  P 2: 43
                              )
v.                            )   Civil Action No. 04-10544-NMG
                              )             U.S. DISTRICT COURT
PETER ALLEN,                  )             DISTRICT OF MASS
                              )
     Respondent               )
                              )
```

---

ENLARGEMENT OF TIME

---

Now here comes the Petitioner Timothy Dykens in the above entitled Civil Action, and he prays that this Honorable Court does hereby grant him the Enlargement of Time that he does seek.

As Petitioner mentions in his affidavit he has limited time in the prison law library, and that he needs more time to research Respondent's Memorandum in Opposition to my Habeas Corpus Petition. And time to research his own TRAVERSE on their Memorandum.

So the Petitioner hereby asks that this Court grant his Enlargement of time request.

With respect,

*Timothy Dykens*     Date
Timothy Dykens     18 December 2006
PO Box 100
S.Walpole ma 02071