UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 DEC 26  P 2: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

TIMOTHY DYKENS, )
   Petitioner
V. ) Civil Action No.04-10544-NMG

PETER ALLEN, )
   Respondent
)

------------------------------------------------------------

PETITIONER AFFIDAVIT

------------------------------------------------------------

Now comes Timothy Dykens and by the way of Affidavit states as follows.

1. My name is Timothy Dykens and I am currently housed at MCI Cedar Junction in Walpole.

2. I received the Respondents Memorandum in Opposition to the Petition for Habeas Corpus on November 22,2006.

3. I hereby state for the record that I need additional time to research their Memorandum and to file my TRAVERSE.

4. I also state for the record that the 6 hours allowed to me by the prison per week is not enough time to go through the law books, for we do not have computers, and research the case's sighted by the Respondent. and that it will take more than 24 hours of legal research. to be able to make an adequate Traverse.