UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TIMOTHY DYKENS    )

    PETITIONER    )

V.    )

                    Civil Action No 04-10544-NMG

PETER ALLEN    )

    RESPONDENT    )

--------------------------------------------------------

**ENLARGEMENT OF TIME**

--------------------------------------------------------

Now here comes the Petitioner Timothy Dykens in the above entitled civil Action, and he does pray that this Honorable Court does hereby grant him the Enlargement of Time that he does seek.

As the petitioner mentioned in his previous request that he has limited time in the prison Law Library, and that he needs much more time to research and respond to Respondents Memorandum in opposition to my Habeas Corpus Petition.

So the Petitioner hereby asks this court to grant him an Enlargement of time until at least another 90 days.

With respect

*Timothy Dykens*

TIMOTHY DYKENS

PO BOX 100

S.WALPOLE MA 02071

Dated
01-19-07