UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TIMOTHY DYKENS   )
   PETITIONER  )

V.       ) CIVIL ACTION NO.04-10544-NMG

PETER ALLEN    )
   RESPONDENT  )

------------------------------------------------------------

PETITIONER AFFIDAVIT

------------------------------------------------------------

Now comes Timothy Dykens and by the way of affidavit states as follows.

1. My name is Timothy Dykens and I am currently housed at MCI Cedar Junction in Walpole.

2. I received the Respondent's Memorandum in Opposition to the Petition for Habeas Corpus on 10/22/2006.

3. I hereby state for the record that I need additional time to research their Memorandum and to file a Traverse.

4. I also state for the record that the 6 hours allowed to me by the prison each week is not enough to research everything that needs to be done.

5. Also the total ban on the photocopying of case to be brought back to the unit impedes the amount of work that can be done during the time not allowed in the Law library.