UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
                                        FILED
                                     ERKS OFFICE

TIMOTHY DYKENS,      )              2007 FEB 14  P 12: 20
     PETTIONER.      )
                                    U.S. DISTRICT COURT
V.                   ) CIVIL ACTION NO. 04-10544-NMG
                                    DISTRICT OF MASS
PETER ALLEN,         )
     RESPONDENT      )

                     )
```

---

MOTION FOR RECONSIDERATION

FOR EXTENSION OF TIME

---

Now here comes the Petitioner Timothy Dykens in the above entitled Civil Action, and prays that this Honorable Court does hereby grant this motion of Reconsideration that he does seek.

As the petitioner mentions in his Affidavit and his two original requests for an enlargement of time that he has severe limited access to the law library. And that he also needs more time to research Respondent's Motion in Opposition, and then to file his own Traverse.

So the Petitioner hereby asks this Court to Reconsider its earlier ruling and to grant his Motion of Reconsideration.

With Respect

*Timothy Dykens*
Timothy Dykens
po box 100
S.Walpole ma 02071

Dated
12 February 2007