UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TIMOTHY DYKENS,
    Petitioner

v.                       Civil Action No. 04-10544-NMG

PETER ALLEN,
    Respondent.

---

PETITIONER AFFIDAVIT

---

Now comes Timothy Dykens and by the way of Affidavit states as follows.

1. My name is Timothy Dykens and I am Currently Housed At MCI Cedar Junction Walpole.

2. I received the respondents Memorandum in Opposition to the Petition for Habeas Coprus on November 22, 2006.

3. The Opposition was received over 10 months after I Filed my Memorandum.

4. During that 10 month period Respondent never filed any motion for enlargement of time.

5. Respondent has an army of lawyers and paralegals not to mention computers and unfettered access to any law-book needed to complete there task. It still took them 10 months to respond to my Memorandum.

6.  The petitioner also states that he cannot get case law citations from the law library to research his case. And that this policy created by the instituttonn is in direct violation of 103CMR478.11(4)(a), it is also goes against Laplante, which states "The constitutional access to the courts is not limited to a particular housing or security arrangement. Laplante v. Commonwealth of Massachusetts Department of Correction. 2003WL1877872 @*3.

7.  Petitioner States that he is not a lawyer and also not a high school graduate.

8.  Petitioner contends that he will need the time of 90 days to fully grasp and respond to Respondents Opposition.

9.  Petitioner hereby asks this court to grant his extension of 90 days.

sincerely

*Timothy Dykens*

Timothy Dykens
po box 100
s. walpole ma 02071.

Dated
12 February 2007