CIVIL ACTION NO. 04-10544-NMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASS.

DYKENS, TIMOTHY

PETITIONER

V.

ALLEN, PETER

RESPONDENT

PETITIONER MOTION OF TRAVERSE

PETITION MEMORANDUM IN SUPPORT OF TRAVERSE

TIMOTHY DYKENS

PO BOX 100

S.WALPOLE MA 02071

DATED: FEBRUARY 22, 2007

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY DYKENS, | ) | |
| PETITIONER, | ) | |
| V. | ) | CIVIL ACTION MO.04-10544-NMG |
| PETER ALLEN, | ) | |
| RESPONDENT | ) | |
|  | ) | |

------------------------------------------------------------

## PETITIONER'S TRAVERSE

## TO ANSWER

------------------------------------------------------------

### CUSTODY

Petitioner agrees that he is in custody as stated in ¶1 of the Answer. Petitioner claims that he is not "lawfully" in custody because of the violations of his rights under the U.S. Constitution that are stated in the "Grounds" section of his petition for Writ of Habeas Corpus. Except as expressly admitted herein, Petitioner denies each and every allegation of the answer and re-affirms that his confinement is in violation of the constitution.

## STANDARD OF REVIEW

Petitioner agrees that the petition is governed by the AEDPA. However, Petitioner contends that the state court unreasonably determined the facts, and that the facts which the state court found are contradicted by clear and convincing evidence in the record; and that the state courts conclusions of law are contrary to, and consist of an unreasonable application of, it ist clearly established law as determined by the U.S. Supreme Court.

## EXHAUSTION

The petitioner is timely under the AEDPA and attests that there has been no procedural defaults.

Petitioner asserts that the Respondent clearly and wrongly relies on procedural default in arguing against Petitioner's claim on Federal Habeas corpus, and therefore denies that the alleged procedural default is in place. Furthermore, The rule in question was not firmly established in the state courts decision against the Petitioner, nor has the State ever argued procedural default in state court, and is just now bringing forth this argument before any court.

## INCORPORATION BY REFERENCE

Petitioner incorporates by reference the Petition for Writ of Habeas Corpus, along with all supporting documents, including the supporting exhibits and points and authorities previously filed. Further Petitioner incorporates by reference Petitioners Points and Authorities in Support of Traverse, which is being submitted contemporaneously.

**PRAYER FOR RELIEF**

**WHEREFORE,** for the reasons set forth herein and in the documents incorporated by reference, Petitioner respectfully requests that the Court:

(1) grant the writ of habeas corpus, reverse Petitioners conviction, and order a new trial;

(2) appoint counsel for Petitioner;

(3) grant all other appropriate relief.


Dated: 02-22-2007

*Timothy Dykens*

Timothy G. Dykens

Petitioner, In

Propria Persona