Timothy G. Dykens
Po box 100
S. Walpole Ma 02071

FILED
IN CLERKS OFFICE
2007 MAY -2  P 12: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

Sarah A. Thorton
United States District Court
1 Courthouse Way Suite 2300
Boston Ma  02210

May 1, 2007

Re; DYKENS v ALLEN
1: 04-CV-10544 NMG

Ms Thorton,

I recently filed a motion to Correct the Court Record on April 20th 2007. I still to this date have not received any notice that it was received or filed.

So Ms. Thorton I respectfully request all my docket entries for the above entitled civil action. I would also like a copy of all the local Rules of Appelate Procedure.

I want to yet again thank you in advance for your Co-operation in these matters

Sincerely
Timothy Dykens
Timothy Dykens