Timothy G Dykens
PO BOX 100
M.C.I. Cedar Junction
S.Walpole ma 02071

Sarah A Thorton
United States District Court
1 Courthouse Way- Suite 2300
Boston Ma. 02210

FILED
IN CLERKS OFFICE

2007 JUN 29 P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 25, 2007

Re; <u>DYKENS V. ALLEN</u>

    1:04-cv-10544 NMG

Ms. Thorton,

    I filed a motion to correct the record on April 20th 2007. I still to this day have not received an confirmation or any other acknowledgement that it was received or even filed. On May 1, 2007 I wrote a hand written letter to you and placed it in the mailbox here at Cedar Junction about this requesting all docket entries on the above entitled civil action.

    So I am again requesting all docket entries and all Local Rules Of Appellate Procedure. For the Book's in all my research tell me they vary from District to District.

    Thank you for your time and attention.

With much appreciation,

*Timothy Dykens*
TIMOTHY DYKENS