Timothy G. Dykens
PO Box 100
M.C.I. Cedar Junction
S.Walpole Ma. 02071

FILED
IN CLERKS OFFICE

Sarah A Thorton, Clerk
United States District Court
1 Courthouse Way-Suite 2300

2007 JUN 29 P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 25,2007

Re; <u>DYKENS V ALLEN</u>

1:04-cv-10544NMG


Ms. Thorton,

Also enclosed is a copy of the Motion to Correct the
Record. I put it in the Institutional Mail on the 20th of
April 2007. If it is not already on the record please file
it for me. It has been brought to my attention that the
previous mail officer retired around this time and that
a lot of legal mail and regular correspondence have
"mysteriously" disappeared.

So thank you yet in advance for your attention and
prompt reply to this matter.


With much appreciation

Sincerely,

Timothy G. Dykens