Exhibit "A"

Docket Entries

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10544-NMG

Dykens v. Allen
Assigned to: Judge Nathaniel M. Gorton
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/16/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Timothy George Dykens**                represented by   **Timothy George Dykens**
                                                          MCI Cedar Junction
                                                          P.O. Box 100
                                                          So. Walpole, MA 02071
                                                          PRO SE

I hereby certify on 4/16/2007 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____ Deputy Clerk

V.

**Respondent**

**Peter Allen**                           represented by   **Susanne G. Reardon**
*Superintendent*                                           Office of the Attorney General
                                                          One Ashburton Place
                                                          18th Floor
                                                          Boston, MA 02108
                                                          617-727-2200
                                                          Fax: 617-727-5755
                                                          Email: susanne.reardon@ago.state.ma.us
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, receipt number 0.00, filed by Timothy George Dykens.(Jenness, Susan) (Entered: 03/17/2004) |
| 03/16/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 03/17/2004) |
| 03/16/2004 | 2 | MOTION to Appoint Counsel by Timothy George Dykens.(Jenness, Susan) (Entered: 03/17/2004) |
| 06/29/2004 | 3 | Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge William G. Young no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Smith, Bonnie) (Entered: 06/29/2004) |
| 07/08/2004 |   | Judge William G. Young : Electronic ORDER entered denying 2 Motion to Appoint Counsel (Nicewicz, Craig) (Entered: 11/17/2004) |
| 12/14/2004 | 4 | MOTION for Extension of Time to 12/30/04 to File Answer re 1 Petition for writ of habeas corpus (28:2254) by Peter Allen.(Reardon, Susanne) (Entered: 12/14/2004) |
| 12/21/2004 |   | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 4 Motion for Extension of Time to Answer Peter Allen. (Nicewicz, Craig) (Entered: 12/21/2004) |
| 12/29/2004 | 5 | ANSWER to Complaint *habeas corpus petition* by Peter Allen.(Reardon, Susanne) (Entered: 12/29/2004) |
| 12/29/2004 | 6 | MOTION to Dismiss *habeas corpus petition for failure to exhaust state court remedies* by Peter Allen.(Reardon, Susanne) (Entered: 12/29/2004) |
| 12/29/2004 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss *habeas corpus petition for failure to exhaust state court remedies* filed by Peter Allen. (Reardon, Susanne) |

| | | |
|---|---|---|
| 12/30/2004 | 🔵8 | Supplemental ANSWER to Complaint by Peter Allen.(Barrette, Mark) (Entered: 01/04/2005) |
| 01/05/2005 | 🔵9 | Opposition re 6 MOTION to Dismiss *habeas corpus petition for failure to exhaust state court remedies* filed by Timothy George Dykens. (Barrette, Mark) (Entered: 01/10/2005) |
| 01/05/2005 | 🔵10 | MOTION to Stay Proceedings Until Counsel is Assigned by Timothy George Dykens.(Barrette, Mark) (Entered: 01/10/2005) |
| 06/17/2005 | 🔵11 | Judge Nathaniel M. Gorton : ORDER entered denying 6 Motion to Dismiss, Denied as moot 10 Motion to Stay, "This case will remain open for 30 days pending petitioner's action with respect to his unexhausted claims." (Elefther, Elizabeth) (Entered: 06/17/2005) |
| 08/03/2005 | 🔵12 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER(Elefther, Elizabeth) (Entered: 08/03/2005) |
| 08/03/2005 | 🔵 | Civil Case Terminated. (Elefther, Elizabeth) (Entered: 08/03/2005) |
| 08/03/2005 | 🔵17 | Judge Nathaniel M. Gorton : ORDER of DISMISSAL entered. (Nicewicz, Craig) (Entered: 09/22/2005) |
| 08/25/2005 | 🔵13 | MOTION for Extension of Time to file an Appeal by Timothy George Dykens.(Elefther, Elizabeth) (Entered: 08/25/2005) |
| 08/25/2005 | 🔵14 | AFFIDAVIT of Timothy Dykens by Timothy George Dykens. (Elefther, Elizabeth) (Entered: 08/25/2005) |
| 09/06/2005 | 🔵15 | MOTION for Reconsideration by Timothy George Dykens.(Elefther, Elizabeth) (Entered: 09/07/2005) |
| 09/06/2005 | 🔵16 | AFFIDAVIT in Support re 15 MOTION for Reconsideration. (Attachments: # 1 Exhibit)(Elefther, Elizabeth) (Entered: 09/07/2005) |
| 12/07/2005 | 🔵 | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 13 Motion for Extension of Time (Nicewicz, Craig) (Entered: 12/07/2005) |
| 12/08/2005 | 🔵18 | Judge Nathaniel M. Gorton : ORDER entered granting 15 Motion for Reconsideration "Petitioner's Motion for Reconsideration (Docket No. 15) is allowed to the extent that Petitioner may proceed solely with respect to his exhausted claims." (Elefther, Elizabeth) (Entered: 12/12/2005) |
| 01/13/2006 | 🔵19 | Proposed Document(s) submitted by Timothy George Dykens. Document received: Memorandum. (Sonnenberg, Elizabeth) (Entered: 01/13/2006) |
| 11/21/2006 | 🔵20 | MEMORANDUM in Opposition by Peter Allen to 19 Proposed Document(s) submitted. (Reardon, Susanne) Modified on 11/27/2006 (Sonnenberg, Elizabeth). (Entered: 11/21/2006) |
| 11/24/2006 | 🔵21 | Proposed Document(s) submitted by Peter Allen. Document received: Further Supplemental Answer Volume 1-3 ( unscannable). (Sonnenberg, Elizabeth) (Entered: 11/28/2006) |
| 12/26/2006 | 🔵22 | MOTION for Extension of Time (date was not listed) to File Response by Timothy George Dykens.(Sonnenberg, Elizabeth) (Entered: 12/28/2006) |
| 12/26/2006 | 🔵23 | AFFIDAVIT by Timothy George Dykens. (Sonnenberg, Elizabeth) (Entered: 12/28/2006) |
| 01/18/2007 | 🔵 | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 22 Motion for Extension of Time to File Response/Reply (Sonnenberg, Elizabeth) (Entered: 01/18/2007) |
| 01/22/2007 | 🔵24 | Second MOTION for Extension of Time to 90 days to File Response/Reply as to 20 Memorandum of Law by Timothy George Dykens. (Attachments: # 1 Affidavit)(Sonnenberg, Elizabeth) (Entered: 01/23/2007) |
| 01/30/2007 | 🔵 | Judge Nathaniel M. Gorton : Electronic ORDER entered DENYING 24 Motion for Extension of Time to File Response/Reply re 24 MOTION for Extension of Time to 90 days to File Response/Reply as to 20 Memorandum of Law (Clerk mailed a copy of electronic notice to petitioner.)(Sonnenberg, Elizabeth) (Entered: 01/30/2007) |
| 02/14/2007 | 🔵25 | MOTION for Reconsideration re Order on Motion for Extension of Time to File Response/Reply, by Timothy George Dykens.(Sonnenberg, Elizabeth) (Entered: 02/15/2007) |

| 02/14/2007 | 26 | AFFIDAVIT of Timothy Dykens by Timothy George Dykens. (Sonnenberg, Elizabeth) (Entered: 02/15/2007) |
| --- | --- | --- |
| 02/27/2007 | 27 | MOTION of Traverse by Timothy George Dykens.(Sonnenberg, Elizabeth) (Entered: 02/28/2007) |
| 02/27/2007 | 28 | MEMORANDUM in Support re 27 MOTION of Traverse filed by Timothy George Dykens. (Sonnenberg, Elizabeth) (Entered: 02/28/2007) |
| 03/21/2007 |  | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 25 Motion for Reconsideration, denying 27 Motion. Mailed to Petitioner 1st class US Mail. This case was closed on 8/3/05. (Nicewicz, Craig) (Entered: 03/21/2007) |