NOTICE OF APPEAL TO A COURT OF APPEALS

APPEAL FROM A JUDGEMENT OF A DISTRICT COURT

FILED
IN CLERKS OFFICE
2007 DEC 14  A 10: 46

United States District Court for the

1st Circuit   District of Massachusetts

Civil Action No. 04-10544NMG

| | |
|---|---|
| TIMOTHY DYKENS         ) | |
|    Appellant,         ) | |
| v.                     ) | **NOTICE OF APPEAL** |
| PETER ALLEN            ) | |
|    Appellee            ) | |

Notice is hereby given that TIMOTHY DYKENS Appellant in the above named case.* Hereby Appeals to the United States Court of Appeals for the 1st Circuit from the final judgement entered in this action on November 29, 2007. Appellant also hereby asks this honorable court that the appeal be heard on the full record from the court below.

*Timothy Dykens* (signature)

dated 12-9-07

TIMOTHY DYKENS

PO BOX 100

S. WALPOLE MA. 02071