UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. PRETRIAL SERVICES
DEC 13 2007
BOSTON

|  |  |
|---|---|
| TIMOTHY DYKENS,<br>    Petitioner<br><br>v.<br><br>PETER ALLEN,<br>    Respondent | )<br>)<br>)<br>) Civil Action no. 04-10544-NMG<br>)<br>)<br>) |

## MOTION FOR CLARIFICATION

Petitioner hereby asks this Honorable Court to clarify for him whether or not his Writ for Habeas Corpus was dismissed with or without prejudice. The Petitioner states for the record that even though he sent in his appeal on the final judgement on 12/9/07. He want to know that if he goes down to a lower state court to exhaust the remedies that he still argues that were exhausted under GUNTER V. MALONEY 291 F3.d 74,82(1st Cir 2002) if he bring them back to this court at a layer date .

Date 12-12-07

*Timothy Dykens*

TIMOTHY DYKENS
PO BOX100
S.WALPOLE MA. 02071