## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Dykens,__

        Petitioner

    V.

__Allen,__

        Respondent

CIVIL ACTION

NO. __04-10544__

## ORDER OF DISMISSAL

__Gorton,__    D. J.

    In accordance with the Court's Memorandum and Order dated __11/29/07__ granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                         By the Court,

__11/29/07__                                      __/s/ Craig J. Nicewicz__
     Date                                         Deputy Clerk

(Dismmemo.ord - 09/92)                                                   [odism.]