UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 JAN -4  A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

TIMOTHY DYKENS,
    Petitioner,

V.

PETER ALLEN,
    Respondent,

CIVIL ACTION

NO 04-10544-NMG

## MOTION FOR LEAVE FOR STAY TO FILE C.O.A. LATE UPON MOTION FOR RECONSIDERATION, 60B DECISION

Now comes the Petitioner in the above titled Civil Action, and he moves this Honorable Court to grant his request for leave to stay to file his C.O.A. late upon his motion for Reconsideration, 60b that is forthcoming. Petitioner prays that the Court will grant his request.

Dated : 28 December 2007

*[signature]*
TIMOTHY DYKENS

PO BOX 100

MCI cedar junction

S. WALPOLE MA 02071