UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2008 JAN -4  A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

TIMOTHY DYKENS,

    Petitioner,

v.

PETER ALLEN,

    Respondent,

CIVIL ACTION

NO. 04-10544-NMG

### PETITIONERS AFFIDAVIT IN SUPPORT MOTION FOR LEAVE FOR STAY TO FILE C.O.A. LATE UPON MOTION FOR RECONSIDERATION, 60b DECISION

Now comes the Petitioner and by way of Affidavit states as follows:

1. My name is Timothy Dykens, I am currently housed at MCI Cedar Junction in Walpole Massachusetts.

2. That i did receive the final decision from Judge Nathaniel M. Gorton dated November 29, 2007 on December 9, 2007.

3. That in my rush to preserve my right of appeal I did file my notice of appeal that same day.

4. That I believe the respondents committed a mistake or even misrepresented issue's to the court in the area of failure to exhaust.

5. And that if the Court grant his Motion he will bring forth to the Court case law by the 1st Circuit Court to

back up my claims that the remedies were exhausted and that there was a misrepresentation of the law by the Respondents.

6. Petitioner does remind the court that he never did graduate High School, He joined the service instead. He does not have four years of College, nor does he have three years of Law School on top of College, to prepare himself to litigate for his freedom the way that the respondent does. And he does beg this honorable Court to consider that when they rule on his motion.

DATED : 28 December 2007

*Timothy Dykens*

TIMOTHY G. DYKENS
PO BOX 100
MCI CEDAR JUNCTION
S. WALPOLE MA 02071