UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TIMOTHY G. DYKENS
    Petitioner,

v.

PETER ALLEN
    Respondent,

CIVIL ACTION

No.04-10544-NMG

MOTION TO ALLOW RECEIPT
OF ALL DOCKET ENTRIES

---

Now comes the Petitioner Timothy Dykens and does pray that this honorable court grant this motion and does send forthwith all docket entries entered on the above entitled civil action. Petitioner does state for the record that he has tried numerous times in the past to do this by writing to the clerk for this but has not been able to get them trough those means. A needs them to file for the US Court of Appeals.

Dated: 13/01/08

TIMOTHY DYKENS
Po box 100
S.Walpole Ma. 02071