UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TIMOTHY DYKENS,
    Petitioner,

v.   CIVIL ACTION

PETER ALLEN,   1:04-10544-NMG
    Respondent,

MOTION FOR A

CERTIFICATE OF APPEALABILITY

-----------------------------------------------------------

Now come the Petitioner actin Pro-Se in the above entitled civil action and does ask this Honorable Court to grant his Certificate of Appealability. He asks this Court to grant his motion under 28 U.S.C.A. § 2253.3(c) and 22.1a of the Federal Rules of Appellate Procedure.

DATED: 01-30-08

*Timothy G Dykens*
TIMOTHY G DYKENS
PO BOX 100
MCI CEDAR JUNCTION
S. WALPOLE MA 02071