# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

Timothy Dykens
Plaintiff

v.

Peter Allen
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

04CV10544NMG

CASE NUMBER: 08-1035

I, __Timothy G Dykens__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☑ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __MCI Cedar Junction Walpole__

   Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   __1996   Carpent Counsultants Needham, Mass__

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or Inheritances | ☑ | ☐ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. __I received $344.00 from friends and family. I do not expect any money from them they were gifts and they give when they want when they can afford it__

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

19 January 2008                    Timothy Dykes
DATE                                SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ .57 personal + 0 Savings on account to his/her credit at (name of institution) MCI Cedar Junction. I further certify that the applicant has the following securities to his/her credit: N|A _____. I further certify that during the past six months the applicant's average balance was $ 86.72 personal; 0 Savings

JAN 16 2008                         INMATE ACCOUNTS
DATE                                MASS. CORR. INST. WALPOLE
                                    P.O. BOX 100
                                    WALPOLE, MA 02071
                                    SIGNATURE OF AUTHORIZED OFFICER