# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20080114 14:15

| | | | | | Page 1 |
|---|---|---|---|---|---|
| Commit# : | W63485 | | MCI CEDAR JUNCTION | | |
| Name : | DYKENS, TIMOTHY, , | | Statement From | 20070101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20080114 | |
| Block : | BLOCK 5 | | | | |
| Cell/Bed : | 35 A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $3,655.84 | $3,509.75 | $0.00 | $0.00 |
| 20070103 21:32 | PY - Payroll | 7974086 | | CJ | 20061217 To 20061223 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7984634 | | CJ | | $1.93 | $0.00 | $0.00 | $0.00 |
| 20070108 22:30 | CN - Canteen | 8014798 | | CJ | Canteen Date 20070108 | $0.00 | $7.76 | $0.00 | $0.00 |
| 20070110 21:37 | PY - Payroll | 8033044 | | CJ | 20061224 To 20061230 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20070117 21:34 | PY - Payroll | 8067708 | | CJ | 20061231 To 20070106 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20070122 22:30 | CN - Canteen | 8085948 | | CJ | Canteen Date 20070122 | $0.00 | $6.92 | $0.00 | $0.00 |
| 20070124 21:34 | PY - Payroll | 8101612 | | CJ | 20070107 To 20070113 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070129 10:34 | MI - Mail | 8118440 | | CJ | 1043391616? PEARL JOHNSTON | $80.00 | $0.00 | $0.00 | $0.00 |
| 20070129 10:34 | MA - Maintenance and Administration | 8118442 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070129 22:30 | CN - Canteen | 8118618 | | CJ | Canteen Date 20070129 | $0.00 | $1.32 | $0.00 | $0.00 |
| 20070131 21:42 | PY - Payroll | 8134865 | | CJ | 20070114 To 20070120 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20070205 22:30 | CN - Canteen | 8158292 | | CJ | Canteen Date 20070205 | $0.00 | $6.16 | $0.00 | $0.00 |
| 20070207 21:52 | PY - Payroll | 8176222 | | CJ | 20070121 To 20070127 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8198091 | | CJ | | $1.64 | $0.00 | $0.00 | $0.00 |
| 20070214 21:35 | PY - Payroll | 8232617 | | CJ | 20070128 To 20070203 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070219 22:30 | CN - Canteen | 8248636 | | CJ | Canteen Date 20070219 | $0.00 | $13.07 | $0.00 | $0.00 |
| 20070221 21:37 | PY - Payroll | 8268746 | | CJ | 20070204 To 20070210 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070227 10:14 | IC - Transfer from Inmate to Club A/c | 8287625 | | CJ | CERT POSTAGE U S DISTRICT COURT, POSTAGE ZH POSTAGE - ZH | $0.00 | $5.36 | $0.00 | $0.00 |
| 20070228 21:44 | PY - Payroll | 8300800 | | CJ | 20070211 To 20070217 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070301 08:43 | MI - Mail | 8304726 | SIS | CJ | JACALYN ST SAUVEUR | $100.00 | $0.00 | $0.00 | $0.00 |
| 20070301 08:43 | MA - Maintenance and Administration | 8304729 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070305 22:30 | CN - Canteen | 8324241 | | CJ | Canteen Date 20070305 | $0.00 | $8.22 | $0.00 | $0.00 |
| 20070307 21:44 | PY - Payroll | 8343353 | | CJ | 20070218 To 20070224 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070312 22:30 | CN - Canteen | 8364687 | | CJ | Canteen Date 20070312 | $0.00 | $3.28 | $0.00 | $0.00 |
| 20070314 16:40 | IS - Interest | 8378124 | | CJ | | $1.48 | $0.00 | $0.00 | $0.00 |
| 20070314 21:30 | PY - Payroll | 8399324 | | CJ | 20070225 To 20070303 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070319 22:30 | CN - Canteen | 8418171 | | CJ | Canteen Date 20070319 | $0.00 | $7.38 | $0.00 | $0.00 |
| 20070321 21:42 | PY - Payroll | 8434910 | | CJ | 20070304 To 20070310 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070326 22:30 | CN - Canteen | 8451976 | | CJ | Canteen Date 20070326 | $0.00 | $13.37 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080114 14:15

Page 2

| Commit# : | W63485 | | | | MCI CEDAR JUNCTION | | | |
| Name : | DYKENS, TIMOTHY. | | | Statement From | 20070101 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20080114 | | | |
| Block : | BLOCK 5 | | | | | | | |
| Cell/Bed : | 35 A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070328 14:09 | IC - Transfer from Inmate to Club A/c | 8460800 | | CJ | SPECIAL ORDER SNEAKERS NEW BALANCE 7203823 SIZE 10 1 2 4E  KCN WASH ACCOUNT - Z5  KCN WASH ACCOUNT - Z5 | $0.00 | $152.98 | $0.00 | $0.00 |
| 20070328 21:36 | PY - Payroll | 8468031 | | CJ | 20070311 To 20070317 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070403 11:35 | EX - External Disbursement | 8493467 | 12458 | CJ | ACME PUBLICATIONS | $0.00 | $10.50 | $0.00 | $0.00 |
| 20070403 11:35 | MA - Maintenance and Administration | 8493469 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070404 12:33 | IC - Transfer from Inmate to Club A/c | 8501198 | | CJ | FAN,SC TYPEWRITER RIBBON,SC CORR RIBBON CANTEEN CORP WASH ACCOUNT - Z6 CANTEEN CORP WASH ACCOUNT - Z6 | $0.00 | $39.43 | $0.00 | $0.00 |
| 20070404 21:56 | PY - Payroll | 8509169 | | CJ | 20070318 To 20070324 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070409 22:30 | CN - Canteen | 8532464 | | CJ | Canteen Date  20070409 | $0.00 | $53.24 | $0.00 | $0.00 |
| 20070411 21:39 | PY - Payroll | 8550148 | | CJ | 20070325 To 20070331 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070416 22:30 | CN - Canteen | 8565878 | | CJ | Canteen Date  20070416 | $0.00 | $25.08 | $0.00 | $0.00 |
| 20070418 21:54 | PY - Payroll | 8588815 | | CJ | 20070401 To 20070407 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070419 18:46 | IS - Interest | 8593150 | | CJ | | $2.25 | $0.00 | $0.00 | $0.00 |
| 20070430 22:30 | CN - Canteen | 8653627 | | CJ | Canteen Date  20070430 | $0.00 | $6.67 | $0.00 | $0.00 |
| 20070504 09:37 | EX - External Disbursement | 8656580 | 12839 | CJ | TYPEWRITER REPAIR PER PROPERTY INSTITUTIONAL TELEVISION SERVICE | $0.00 | $65.00 | $0.00 | $0.00 |
| 20070504 09:37 | MA - Maintenance and Administration | 8656582 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070502 08:36 | IC - Transfer from Inmate to Club A/c | 8663738 | | CJ | 101 TAPE OF DBOARD HEARING  INMATE RESTITUTION - Z42  INMATE RESTITUTION - Z42 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20070509 15:42 | IS - Interest | 8709582 | | CJ | | $0.71 | $0.00 | $0.00 | $0.00 |
| 20070514 11:54 | VC - Voided Check | 8718463 | 12839 | CJ | TYPEWRITER REPAIR PER PROPERTY INSTITUTIONAL TELEVISION SERVICE | $65.00 | $0.00 | $0.00 | $0.00 |
| 20070604 22:30 | CN - Canteen | 8856259 | | CJ | Canteen Date  20070604 | $0.00 | $26.09 | $0.00 | $0.00 |
| 20070605 10:25 | IC - Transfer from Inmate to Club A/c | 8859384 | | CJ | MEDICAL COPAYMENT FOR 5/24/07 MEDICAL CO-PAYMENT Z3 MEDICAL CO-PAYMENT Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20070606 08:54 | ML - Mail | 8862774 | 829 | CJ | JACALYN ST. SAUVEUR PC=829 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070606 08:54 | MA - Maintenance and Administration | 8865777 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070611 22:30 | CN - Canteen | 8896917 | | CJ | Canteen Date  20070611 | $0.00 | $10.30 | $0.00 | $0.00 |
| 20070613 21:45 | PY - Payroll | 8914963 | | CJ | 20070527 To 20070602 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20070614 15:57 | IS - Interest | 8924078 | | CJ | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20070619 14:31 | CN - Canteen | 8954577 | | CJ | Canteen Date  20070618 | $0.00 | $6.58 | $0.00 | $0.00 |
| 20070620 21:53 | PY - Payroll | 8967997 | | CJ | 20070603 To 20070609 | $10.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20080114 14:15

| | | | | | | | Page 3 |
|---|---|---|---|---|---|---|---|
| Commit# : | W63485 | | | | MCI CEDAR JUNCTION | | |
| Name : | DYKENS, TIMOTHY, | | | | Statement From | 20070101 | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20080114 | |
| Block : | BLOCK 5 | | | | | | |
| Cell/Bed : | 35 A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070625 22 30 | CN - Canteen | 8985653 | | CJ | Canteen Date 20070625 | $0.00 | $47.15 | $0.00 | $0.00 |
| 20070627 09 37 | IC - Transfer from Inmate to Club A c | 8993584 | | CJ | POSTAGE POSTAGE ZH POSTAGE - ZH | $0.00 | $5.94 | $0.00 | $0.00 |
| 20070627 21 57 | PY - Payroll | 9001776 | | CJ | 20070610 To 20070616 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070629 22 30 | CN - Canteen | 9016227 | | CJ | Canteen Date 20070629 | $0.00 | $23.99 | $0.00 | $0.00 |
| 20070704 21 44 | PY - Payroll | 9038018 | | CJ | 20070617 To 20070623 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070709 22 30 | CN - Canteen | 9062683 | | CJ | Canteen Date 20070709 | $0.00 | $30.71 | $0.00 | $0.00 |
| 20070711 15 53 | IS - Interest | 9076065 | | CJ | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20070711 21 38 | PY - Payroll | 9096999 | | CJ | 20070624 To 20070630 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070716 09 41 | MI - Mail | 9112544 | | CJ | DENISHA ESCALERA MO #10953460155 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070716 09 41 | MA - Maintenance and Administration | 9112546 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070718 21 36 | PY - Payroll | 9132872 | | CJ | 20070701 To 20070707 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070723 22 30 | CN - Canteen | 9151709 | | CJ | Canteen Date 20070723 | $0.00 | $25.13 | $0.00 | $0.00 |
| 20070725 21 36 | PY - Payroll | 9166881 | | CJ | 20070708 To 20070714 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070731 08 40 | MI - Mail | 9187038 | | CJ | JOHANNA MARRERO MO #10931658917 | $89.00 | $0.00 | $0.00 | $0.00 |
| 20070801 21 34 | PY - Payroll | 9201629 | | CJ | 20070715 To 20070721 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070806 16 51 | IS - Interest | 9225368 | | CJ | | $0.32 | $0.00 | $0.00 | $0.00 |
| 20070808 21 43 | PY - Payroll | 9260302 | | CJ | 20070722 To 20070728 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070813 22 30 | CN - Canteen | 9284350 | | CJ | Canteen Date 20070813 | $0.00 | $15.64 | $0.00 | $0.00 |
| 20070815 21 31 | PY - Payroll | 9297665 | | CJ | 20070729 To 20070804 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070821 14 03 | EX - External Disbursement | 9318957 | 14293 | CJ | SCIENCE FICTION BOOK CLUB | $0.00 | $83.42 | $0.00 | $0.00 |
| 20070821 14 03 | MA - Maintenance and Administration | 9318959 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070822 21 38 | PY - Payroll | 9331635 | | CJ | 20070805 To 20070811 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20070827 22 30 | CN - Canteen | 9349692 | | CJ | Canteen Date 20070827 | $0.00 | $20.30 | $0.00 | $0.00 |
| 20070829 21 49 | PY - Payroll | 9365091 | | CJ | 20070812 To 20070818 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070831 22 30 | CN - Canteen | 9378647 | | CJ | Canteen Date 20070831 | $0.00 | $6.99 | $0.00 | $0.00 |
| 20070905 21 41 | PY - Payroll | 9402458 | | CJ | 20070819 To 20070825 | $21.00 | $0.00 | $0.00 | $0.00 |
| 20070906 16 37 | IS - Interest | 9412937 | | CJ | | $0.94 | $0.00 | $0.00 | $0.00 |
| 20070910 22 30 | CN - Canteen | 9443828 | | CJ | Canteen Date 20070910 | $0.00 | $23.42 | $0.00 | $0.00 |
| 20070912 21 36 | PY - Payroll | 9460074 | | CJ | 20070826 To 20070901 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20070917 22 30 | CN - Canteen | 9481235 | | CJ | Canteen Date 20070917 | $0.00 | $15.20 | $0.00 | $0.00 |
| 20070924 22 30 | CN - Canteen | 9516610 | | CJ | Canteen Date 20070924 | $0.00 | $13.35 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20080114 14:15

| | | | |
|---|---|---|---|
| **Commit#:** | W63485 | **MCI CEDAR JUNCTION** | **Page** 4 |
| **Name:** | DYKENS, TIMOTHY, | **Statement From** 20070101 | |
| **Inst:** | MCI CEDAR JUNCTION | **To** 20080114 | |
| **Block:** | BLOCK 5 | | |
| **Cell/Bed:** | 35 A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20071001 22 30 | CN - Canteen | 9552790 | | CJ | Canteen Date 20071001 | $0.00 | $5.19 | $0.00 | $0.00 |
| 20071008 22 30 | CN - Canteen | 9587010 | | CJ | Canteen Date 20071008 | $0.00 | $32.62 | $0.00 | $0.00 |
| 20071011 11 35 | IC - Transfer from Inmate to Club A/c | 9615133 | | CJ | SHORTS,REPLACEMENT WATCH BAND,CASIO WATCH BATTERY INMATE CLOTHING PURCHASE - 751 INMATE CLOTHING PURCHASE - 751 | $0.00 | $25.58 | $0.00 | $0.00 |
| 20071012 16 46 | IS - Interest | 9625684 | | CJ | | $0.73 | $0.00 | $0.00 | $0.00 |
| 20071015 22 30 | CN - Canteen | 9648108 | | CJ | Canteen Date 20071015 | $0.00 | $9.30 | $0.00 | $0.00 |
| 20071022 22 30 | CN - Canteen | 9682795 | | CJ | Canteen Date 20071022 | $0.00 | $19.73 | $0.00 | $0.00 |
| 20071023 09 49 | EX - External Disbursement | 9685274 | 44980 | CJ | SCIENCE FICTION BOOK CLUB | $0.00 | $33.00 | $0.00 | $0.00 |
| 20071023 09 49 | MA - Maintenance and Administration | 9685276 | | CJ | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071029 22 30 | CN - Canteen | 9717372 | | CJ | Canteen Date 20071029 | $0.00 | $13.09 | $0.00 | $0.00 |
| 20071105 22 30 | CN - Canteen | 9758001 | | CJ | Canteen Date 20071105 | $0.00 | $1.93 | $0.00 | $0.00 |
| 20071106 16 56 | IS - Interest | 9764842 | | CJ | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20071114 21 54 | PY - Payroll | 9831827 | | CJ | 20071028 To 20071103 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20071121 12 36 | CN - Canteen | 9863160 | | CJ | Canteen Date 20071117 | $0.00 | $5.02 | $0.00 | $0.00 |
| 20071121 22 05 | PY - Payroll | 9871582 | | CJ | 20071104 To 20071110 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20071126 22 30 | CN - Canteen | 9883109 | | CJ | Canteen Date 20071126 | $0.00 | $6.83 | $0.00 | $0.00 |
| 20071128 22 15 | PY - Payroll | 9899868 | | CJ | 20071111 To 20071117 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20071205 21 49 | PY - Payroll | 9942668 | | CJ | 20071118 To 20071124 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20071206 16 46 | IS - Interest | 9951686 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20071210 22 30 | CN - Canteen | 9982733 | | CJ | Canteen Date 20071210 | $0.00 | $0.90 | $0.00 | $0.00 |
| 20071212 21 46 | PY - Payroll | 10002709 | | CJ | 20071125 To 20071201 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20071217 22 30 | CN - Canteen | 10025054 | | CJ | Canteen Date 20071217 | $0.00 | $26.00 | $0.00 | $0.00 |
| 20071221 22 30 | CN - Canteen | 10057576 | | CJ | Canteen Date 20071221 | $0.00 | $6.19 | $0.00 | $0.00 |
| 20071228 22 30 | CN - Canteen | 10093736 | | CJ | Canteen Date 20071228 | $0.00 | $1.94 | $0.00 | $0.00 |
| 20080110 16 32 | IS - Interest | 10169892 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| | | | | | | $865.75 | $1,011.27 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date: | $0.57 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20080114 14:15

| | | | | |
|---|---|---|---|---|
| Commit# : | W63485 | | MCI CEDAR JUNCTION | Page : 5 |
| Name : | DYKENS, TIMOTHY, , | Statement From | 20070101 | |
| Inst : | MCI CEDAR JUNCTION | To | 20080114 | |
| Block : | BLOCK 5 | | | |
| Cell/Bed : | 35 A | | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |