

# United States Court of Appeals
## For the First Circuit

No. 08-1035
DC No. 04-cv-10544

TIMOTHY GEORGE DYKENS
Petitioner - Appellant

v.

PETER ALLEN, Superintendent
Respondent - Appellee

ORDER OF COURT
Entered: March 24, 2008
Pursuant to 1st Cir. R. 27(d)

    This court has docketed appellant's appeal from the denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2008, the district court granted appellant's request for a certificate of appealability. Pursuant to Local Rule 22.1 "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253 (c)(2)."

    We now transmit copies of appellant's request for a certificate of appealability and request that it specify as to which issues the certificate was granted. See Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
    Chief Deputy Clerk

[Certified copy to the Honorable Nathaniel M. Gorton, Sarah Thornton, Clerk, USDC and cc: Mr. Dykens, Ms. Reardon]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 3/24/08